```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CHARTER OAK FIRE INSURANCE
COMPANY,

                Plaintiff,

-against-

STATE NATIONAL INSURANCE COMPANY,

                Defendant.

1:23-cv-3080 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

       The Post-Discovery Conference previously scheduled for October 10, 2023 at 3:00 PM is ADJOURNED to December 12, 2023 at 10:30 AM.  The Conference will take place in person in Courtroom 18C of the Daniel Patrick Moynihan Courthouse.

**SO ORDERED.**

Date:  August 24, 2023
         New York, NY

_/s/ Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**

1