USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2024

**STONBERG, HICKMAN & PAVLOFF, LLP**
Attorneys at Law
505 Eighth Avenue, Suite 2302
New York, New York 10018
Phone: (212) 231-2220
Fax: (646) 349-3528
www.shplawyers.com

January 10, 2024

**Via ECF**

District Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl St., Room 2230
New York, NY 10007

   Re: The Charter Oak Fire Ins. Co. v. State National Ins. Co.
   <u>Docket No: 1:23-cv-03080</u>

Dear Judge Vyskocil,

  Our office represents Defendant State National Insurance Company ("SNIC") in this matter. As per the Order dated October 30, 2023, fact discovery must be completed by January 10, 2024 and a conference has been scheduled for January 18, 2024.

  The parties have reached an agreement in principal to settle the above suit and to execute a dismissal without prejudice. The parties request an adjournment of the January 18, 2024 conference for 30 days in order to complete the settlement agreement and file a Stipulation of Dismissal Without Prejudice.

  We thank the Court for its courtesies.

           Very truly yours,

           */s/ Sherri N. Pavloff*

           Sherri N. Pavloff

---

**GRANTED. The Post-Discovery Conference scheduled for January 18, 2024 at 11:00 AM is ADJOURNED *sine die*. The parties are DIRECTED to file the Stipulation of Dismissal Without Prejudice, or, in the alternative, a letter informing the Court of the status of settlement if no settlement has yet been memorialized, by February 18, 2024. SO ORDERED.**

Date: 1/10/2024
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge